**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| **ANDREA DOUGHERTY,** | ) | **Case Number 04-10075 (JKF)** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that The Hogan Firm, f/k/a Daniel K. Hogan, Attorney at Law, has changed the address of its Wilmington Office and is now located at:

1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com
(Telephone numbers, fax numbers and e-mail addresses remain unchanged)

PLEASE TAKE FURTHER NOTICE that The Hogan Firm requests that all future notices given or required to be given and all papers hereinafter served or required to be served in this case be given to and served upon The Hogan Firm at its new address as set forth above.

Dated: October 12, 2004              **THE HOGAN FIRM**


                                     */s/Daniel K. Hogan*
                                     Daniel K. Hogan (DE #2814)
                                     1311 Delaware Avenue
                                     Wilmington, Delaware 19806
                                     Telephone: 302-656-7540
                                     Facsimile: 302-656-7599
                                     Email: dkhogan@dkhogan.com