IN THE UNITED STATES BANK&RUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| Andrea Dougherty | ) | Bk. Case No. 04-10075JKF |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

### APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Michael B. Joseph, Esquire Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor(s) has fully performed the terms and conditions of the Plan, made all required payments, and is entitled to a discharge.

2. The Trustee's accounting reflects that a refund balance remains in the Debtor's account in the amount of Three Thousand Six Hundred Fifty Two Dollars and Sixty Five Cents ($3652.65). There has not been any response to mail sent to the Debtor at 407 Concord Avenue, Wilmington, DE 19803 or 1804 Langlem Drive, Cherry Hill, NJ 08030.

3. Such a Balance represents unclaimed property for which the Trustee requests permission to pay into the Court and to be disposed of under Chapter 129 of Title 28.

WHEREFORE, Michael B. Joseph, Chapter 13 Trustee, respectfully requests that the Court permit the Debtor's refund of Three Thousand Six Hundred Fifty Two Dollars and Sixty Five Cents ($3652.65), be paid to the Clerk for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C..

S/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street
P.O. Box 1350
Wilmington, DE 19899-1350

December 28, 2005

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| Andrea Dougherty | ) | Bk. Case No. 04-10075JKF |
| | ) | |
| | ) | Chapter 13 |

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds in the amount of $3652.65 representing a refund to the Debtor, as stated in the foregoing Motion, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
United States Bankruptcy Judge

Dated this         day of         , 2005.

ATTORNEY'S CERTIFICATE OF SERVICE

    I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on December 28, 2005 I caused a copy of the within motion to be served on the following:

**UNITED STATES MAIL, POSTAGE PAID**
Andrea Dougherty
407 Concord Avenue
Wilmington, DE 19803
Debtor

Andrea Dougherty
1804 Langlem Drive
Cherry Hill, NJ 08030
Debtor

Steven J. Stirparo, Esquire
3622 Silverside Road
Wilmington, DE 19810
Attorney for Debtor


                                                <u>S/Michael B. Joseph</u>
                                                Michael B. Joseph, Trustee