IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

Andrea Dougherty ) Bk. Case No. 04-10075JKF
) 
) Chapter 13

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds in the amount of $3652.65 representing a refund to the Debtor, as stated in the foregoing Motion, to the Clerk, United States Bankruptcy Court for the District of Delaware.

*Judith K. Fitzgerald*
United States Bankruptcy Judge

Dated this 5th day of Jan, 2006.